

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**INDICTMENT**

NO. **3:10cr-47- M**

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

**CHRISTOPHER AREVALOS**
**CRYSTAL FREY**

The Grand Jury charges:

## COUNT 1

On or about March 5, 2010,  in the Western District of Kentucky, Jefferson County,

Kentucky, the defendants, **CHRISTOPHER AREVALOS** and **CRYSTAL FREY**, each aided

and abetted by the other, knowingly and intentionally possessed with intent to distribute a

mixture and substance containing a detectable amount of oxycontin, a Schedule II controlled

substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and

Title 18, United States Code, Section 2.

^ TRUE BILL.

FOREPERSON

CANDACE G. HILL
United States Attorney

CGH:LF:3/29/10

UNITED STATES OF AMERICA v. **CHRISTOPHER AREVALOS** and **CRYSTAL FREY**

## P E N A L T I E S

Count 1:  NM 20 yrs./$1,000,000/both/NM 3 yrs. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual           Felony:  $100 per count/individual
              $125 per count/other                         $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987:</u>

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.        Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.        Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:         Clerk, U.S. District Court
                    106 Gene Snyder U.S. Courthouse
                    601 West Broadway
                    Louisville, KY  40202
                    502/625-3500

BOWLING GREEN:      Clerk, U.S. District Court
                    120 Federal Building
                    241 East Main Street
                    Bowling Green, KY  42101
                    270/393-2500

OWENSBORO:          Clerk, U.S. District Court
                    126 Federal Building
                    423 Frederica
                    Owensboro, KY  42301
                    270/689-4400

PADUCAH:            Clerk, U.S. District Court
                    127 Federal Building
                    501 Broadway
                    Paducah, KY 42001
                    270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT

### Western District of Kentucky
### Louisville Division

## THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER AREVALOS

CRYSTAL FREY

## INDICTMENT

## Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(C);
## Title 18 U.S.C. § 2:
## Possessing with Intent to Distribute Oxycontin;
## Aiding and Abetting.

A _____

_____ *Foreman*

*Filed in open court this* 5th day, *of* April A.D.  2010.

_____ *Clerk*

Bail, $

FILED US
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
10 APR -5 PM 3:03