# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **PLAINTIFF** | Criminal Action No. 3:10CR-00047-JHM |
| v. | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **CHRISTOPHER AREVALOS** | |
| **DEFENDANT** | |

## ORDER

This matter came before the Court on July 6, 2015, for a final revocation hearing. There appeared Mr. Larry Fentress, Assistant United States Attorney; Defendant, Christopher Arevalos, with appointed counsel, Mr. Don Meier, Assistant Federal Public Defender. The Court's official reporter was Mr. Alan Wernecke.

The Defendant acknowledged the violations set out in the petition and waived formal revocation and the Court having considered the memorandum of the United States Probation Office, and having made a finding that the Defendant violated the terms of the supervised release imposed, **IT IS HEREBY ORDERED** that the motion of the United States for revocation of the Defendant's supervised release is **GRANTED**.

Having considered the advisory guidelines and 18 U.S.C. 3553(a), **IT IS ORDERED** that the 36 month term of supervised release imposed in this case on December 6, 2010, and which began on December 24, 2013, is hereby **REVOKED**.

The Defendant's violation conduct constitutes Grade B and C violations. His criminal history category at the time of his original sentence was V. The advisory range of imprisonment applicable upon revocation in this case is from 18 to 24 months, based on the Revocation Table suggested by the U.S. Sentencing Commission.

The Court, after considering the sentencing objectives of punishment, incapacitation and general deterrence, concludes that a period of confinement of 12 months and 1 day is a necessary and sufficient sanction in this case.

Therefore, **IT IS HEREBY ORDERED** that the **Defendant is committed to the Bureau of Prisons for a term of 12 MONTHS and 1 DAY, with no supervised release to follow.**

**IT IS FINALLY ORDERED** that the Defendant is remanded to custody of the United States Marshal.

Copies to:   Counsel of Record
U.S. Probation

0|21   Contested

*Joseph H. McKinley*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

July 8, 2015

2